

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00676-CV

**IN RE** Kristin **KERBOW**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: November 27, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 3, 2019, relator filed a petition for writ of mandamus. The real party in interest filed a response and relator filed a reply. Relator also filed a motion for stay of the underlying temporary orders, which this court denied. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019-CI-13768, styled *In the Interest of L.J.K-B., M.J.K-B., and L.K.K-B., Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.